1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RONNIE CHEROKEE BROWN,                      No.  2:21-cv-02288-EFB P

12                  Plaintiff,

13         v.                                      ORDER AND FINDINGS AND
                                                   RECOMMENDATIONS
14    D. KATZ,

15                  Defendant.

16

17         Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18    U.S.C. § 1983.  He alleges that defendant used excessive force against him on March 25, 2020 by

19    slamming his hand in the food port of his cell.  ECF No. 1 at 4.  Plaintiff raised the same claim

20    against defendant in Case No. 2:20-cv-02386-EFB (E.D. Cal.) ("*Brown I*").  Plaintiff dismissed

21    that case with prejudice on February 3, 2021 following an agreed-upon settlement.  *Brown I*, ECF

22    No. 18.  Accordingly, he is precluded from raising the claim again in this court.  *Semtek Int'l Inc.

23    v. Lockheed Martin Corp.*, 531 U.S. 497, 505-06 (2001) (a voluntary dismissal with prejudice

24    bars further action on the same claim in the same court); *Wojciechowski v. Kohlberg Ventures,

25    LLC*, 923 F.3d 685, 689-90 (9th Cir. 2019) (a court-approved settlement followed by a judgment

26    entered with prejudice has preclusive effect).

27    /////

28    /////

                                                1

1    It is therefore ORDERED that the Clerk of Court randomly assign a United States District

2    Judge to this action; and it is further RECOMMENDED that the District Judge dismiss the instant

3    case as barred by the dismissal, with prejudice, of Case No. 2:20-cv-02385-EFB.

4    These findings and recommendations are submitted to the United States District Judge

5    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

6    after being served with these findings and recommendations, any party may file written

7    objections with the court and serve a copy on all parties.  Such a document should be captioned

8    "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

9    within the specified time may waive the right to appeal the District Court's order.  *Turner v.*

10   *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

11   Dated: February 2, 2022.

12

13

14   _____
     EDMUND F. BRENNAN

15   UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28